UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNPAUL SCHOWACHERT,<br><br>        Plaintiff,<br><br>    v.<br><br>BILL POLLEY,<br><br>        Defendant. | No. 1:23-cv-01645-NODJ-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AS DUPLICATIVE<br><br>(ECF No. 13) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's second motion for appointment of counsel, filed February 6, 2024. Inasmuch as Plaintiff's first motion for appointment of counsel was denied on February 5, 2024, and Plaintiff's present motion is duplicative, it is HEREBY SUMMARILY DENIED.

IT IS SO ORDERED.

Dated:  **February 7, 2024**

UNITED STATES MAGISTRATE JUDGE

1