1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNPAUL SCHOWACHERT,                    No.  1:23-cv-01645-KES-SAB (PC)

12                  Plaintiff,                ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS DISMISSING
13        v.                                  ACTION AS DUPLICATIVE

14   BILL POLLEY,                             (Doc. 8)

15                  Defendant.

16

17        Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

18   U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28

19   U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On December 19, 2023, the assigned magistrate judge issued findings and

21   recommendations recommending that the instant action be dismissed as duplicative of

22   Schowachert v. Polley, No. 1:21-cv-01107-NODJ-HBK (*Schowachert I*).[1]  Doc. 8.  The findings

23   and recommendations were served on plaintiff and contained notice that objections were to be

24   filed within fourteen days.  *Id*. at 4.  Plaintiff did not file objections and the time to do so has

25   passed.

26        In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of

27   —————————————

28   [1] On March 14, 2024, *Schowachert I* was reassigned to District Judge Kirk E. Sherriff and the
     case number changed to 1:21-cv-01107-KES-HBK.

1

1   this case.  Having carefully reviewed the file, the court concludes that the magistrate judge's

2   findings and recommendations are supported by the record and proper analysis.

3          Accordingly, it is HEREBY ORDERED:

4          1.   The findings and recommendations issued on December 19, 2023, Doc. 8, are

5               ADOPTED IN FULL;

6          2.   This action is DISMISSED as duplicative of <u>Schowachert v. Polley</u>, No, 1:21-cv-

7               01107-KES-HBK; and

8          3.   The Clerk of Court is directed to close this case.

9

10

11   IT IS SO ORDERED.

12      Dated:    July 3, 2024

                                    _____
13                                   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2